## PATRIOT NATIONAL BANK *v.* SCOTT J. SILVER ET AL.
### (AC 31485)

Harper, Lavine and Bear, Js.

Argued December 3—officially released December 28, 2010

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting a new sale date.

## CECELIA LEBBY *v.* TORRINGTON POLICE DEPARTMENT
### (AC 32112)

Harper, Beach and Flynn, Js.

Argued December 9—officially released December 28, 2010

Per Curiam. The judgment is affirmed.

## BARBARA SMITH *v.* DAVID M. SMITH
### (AC 30955)

DiPentima, C. J., and Bear and Peters, Js.

Argued December 7—officially released December 28, 2010

Per Curiam. The judgment is affirmed.